been held for sale in violation of the statute. While the court might, to prevent hardship, order an inquest for the purpose of determining what eggs were good, and turn them over to the claimant, it was not required to do so, and therefore, the manner in which this was done is not one of which the claimant can complain.

Claimant's final contention that as there is a national food law, and as this was an interstate shipment remaining in the original package, it was not subject to the penalties imposed by the State law, is also without merit. The judgment of the Municipal Court will be affirmed.

*Affirmed.*

---

**The People of the State of Illinois, Defendant in Error, v. Fourteen Cases Containing 30 Dozen Each, More or Less, of Shell Eggs. Perfection Egg Company, Claimant, Plaintiff in Error.**

**Gen. No. 21,181.    (Not to be reported in full.)**

Error to the Municipal Court of Chicago; the Hon. JOHN A. MA-HONEY, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1915. Affirmed. Opinion filed March 15, 1916.

### Statement of the Case.

Condemnation proceedings by the People of the State of Illinois against Fourteen cases containing 30 dozen each, more or less, of shell eggs. Perfection Egg Company, claimant. From a judgment for plaintiff, claimant brings error.

The facts in this case are substantially the same as *People v. Fifty Cases Containing 30 Dozen Each, More or Less, of Shell Eggs, ante,* p. 319, and is governed by the decision in that case,

LANNEN & HICKEY and FRANCIS O'SHAUGHNESSY, for plaintiff in error.

MACLAY HOYNE and JAMES McCARTHY, for defendant in error; EDWARD E. WILSON, of counsel.

MR. JUSTICE GOODWIN delivered the opinion of the court.

---

**Charles Meseke, Appellee, v. H. Piper Company, Appellant.**

**Gen. No. 21,224.    (Not to be reported in full.)**

Appeal from the Municipal Court of Chicago; the Hon. GEORGE BEDFORD, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1915. Affirmed. Opinion filed March 15, 1916.

### Statement of the Case.

Action by Charles Meseke, plaintiff, against H. Piper Company, defendant to recover damages alleged to have been sustained by plaintiff's horse and wagon as a result of the running away of the team owned by defendant. From a judgment for plaintiff, defendant appeals.

Plaintiff's horse was hitched to a wagon and was standing on the north side of Madison street in the village of Forest Park, facing west. The team and wagon belonging to the defendant, in charge of a driver, was delivering bread in said village, and it being about noon, the driver drove the team into a shed, which was in a yard immediately adjoining Madison street. The shed was about forty or fifty feet inside of the yard.